ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAVID J. WARD  (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SANDEEP SAHOTA,<br><br>    Defendant. | No. 23-CR-00428 JST<br><br>STIPULATION TO VACATE AND RESET IDENTIFICATION OF COUNSEL HEARING AND TO EXCLUDE TIME AND ORDER |

The above captioned matter is set for an appearance before the Court on January 5, 2024 for arraignment and identification of counsel. *Dkt. 6.* Government counsel has conferred with counsel for defendant Sahota, and the parties stipulate and request that the Identification of Counsel hearing currently scheduled before this Court on January 5, 2024 be vacated, and that the parties be ordered to appear before the Court on January 11, 2024 for an Identification of Counsel hearing.

Further, the Court has excluded time through January 5, 2024 under the Speedy Trial Act. *Dkt. 8.* The parties hereby stipulate and ask the Court to exclude time under the Speedy Trial Act from January 5, 2024 to January 11, 2024.  This will allow defense counsel to continue to prepare, including by reviewing discovery.

For this reason, the parties believes that excluding time until January 11, 2024 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and assert that the ends of justice served by excluding the time from January 5, 2024 through January 11, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED: January 4, 2024                                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_/s/ David J. Ward_____
DAVID J. WARD
Assistant United States Attorney

DATED: January 4, 2024

_/s/ With Permission_____
MIRANDA KANE
Attorney for Defendant SAHOTA

//
//
//
//
//
//
//
//
//
//

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court hereby vacates the identification of counsel hearing set for January 5, 2024, and orders the parties to appear before the Court for an identification of counsel hearing on January 11, 2024.

The Court further finds that failing to exclude the time from January 5, 2024 through January 11, 2024, would a) unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 5, 2024, through January 11, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time from January 5, 2024, through January 11, 2024, shall be excluded from computation under the Speedy Trial Act

DATED: January 4, 2024



HON. DONNA M. RYU
United States Chief Magistrate Judge