| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | DAVID J. WARD (CABN 239504)<br>EVAN M. MATEER (CABN 326848) |
| 5 | Assistant United States Attorneys |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724 |
| 8 | Evan.mateer@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 4:23-CR-428-JST |
| Plaintiff, | ) ) | STIPULATION TO VACATE CHANGE OF PLEA AND EXCLUDE TIME FROM DECEMBER 13, |
| v. | ) ) | 2024 TO FEBRUARY 7, 2025 AND [~~PROPOSED~~] ORDER |
| SANDEEP SAHOTA, | ) ) | |
| Defendant. | ) ) | |

This matter is currently set for a change of plea hearing on December 13, 2024. The parties have been working diligently towards a final plea agreement ahead of the change of plea date, but require additional time to finalize the agreement. In order to allow adequate time for resolution discussions, the parties jointly stipulate and request that the change of plea hearing date be vacated, and that the Court set a status conference for Mr. Sahota on this matter on February 7, 2025, or the soonest date thereafter that is convenient for the Court.

It is further stipulated by and between counsel for the United States and counsel for the defendant Sandeep Sahota, that time be excluded under the Speedy Trial Act from December 13, 2024 through February 7, 2025.

STIPULATION TO VACATE HEARING AND [~~PROPOSED~~] ORDER
Case No. 4:23-CR-428-JST

1  The government and counsel for the defendant agree that time be excluded under the Speedy
2  Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery
3  already produced and discovery that is expected to be produced before February 7, 2025.  For this
4  reason, the parties stipulate and agree that excluding time until February 7, 2025 will allow for the
5  effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and
6  agree that the ends of justice served by excluding the time from December 13, 2024 through February 7,
7  2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the
8  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

9  The undersigned Assistant United States Attorney certifies that he has obtained approval from
10 counsel for the defendant to file this stipulation and proposed order.

11 IT IS SO STIPULATED.

12 DATED: December 10, 2024                                /s/
                                                         DAVID WARD
13                                                       EVAN M. MATEER
                                                         Assistant United States Attorney
14

15 DATED: December 10, 2024                                /s/
                                                         MIRANDA KANE
16                                                       JESSE LANIER
                                                         Attorneys for Defendant SAHOTA

STIPULATION TO VACATE HEARING AND [PROPOSED] ORDER
Case No. 4:23-CR-428-JST

Case 4:23-cr-00428-JST   Document 99   Filed 12/10/24   Page 3 of 3

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the hearing scheduled for December 13, 2024 is hereby VACATED and a status conference his set for February 7, 2025. The Court finds that failing to exclude the time from December 13, 2024 through February 7, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 13, 2024 to February 7, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 13, 2024 through February 7, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: December 10, 2024_

_____
HON. JON S. TIGAR
United States District Judge