UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 27 minutes |
| Date: | March 28, 2025 | | |
| Case No.: | **4:23-cr-00428-JST-2** | | |

**United States of America**     v.     **Sandeep Sahota**

☑ Present
☐ Not Present
☐ In Custody

Defendant

Evan Mateer; David Ward
U. S. Attorney

Miranda Kane; Jessica Lanier
Defense Counsel

Courtroom Deputy Clerk: Dianna Shoblo         Court Reporter:  Marla Knox via zoom

*PROCEEDINGS*

Change of Plea Hearing – Held.

*RESULT OF HEARING*

1. The plea agreement was signed in court.  The Defendant was sworn.  The Court found the Defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The Court found a factual basis for the plea.  The Defendant entered a plea of guilty as to Count One and Eight of the Superseding Indictment filed 08/16/2024.  The plea was accepted and the Defendant is adjudged guilty of the offenses.
2. Status Conference is set for 08/15/2025 at 9:30 AM in Courtroom 6, 2nd Floor, in Oakland.
3. Defendant shall remain out of custody with the existing pretrial conditions and is ordered to be personally present for the next Court date.