CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
EVAN M. MATEER (CABN 326848
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    david.ward@usdoj.gov
    evan.mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 23-428 JST |
| Plaintiff, | MODIFICATION TO PLEA AGREEMENT |
| v. | |
| SANDEEP "SUNNY" SAHOTA, | |
| Defendant. | |

       The defendant and the United States Attorney's Office for the Northern District of California (hereafter "the government") previously entered into a written Plea Agreement (the "Agreement") pursuant to Rule 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rules of Criminal Procedure. *Dkt. 111.* The defendant pled guilty pursuant to the Agreement on March 28, 2025. *Dkt. 110.* A copy of the Agreement is attached as Exhibit A.

       Paragraph 16 of the Agreement states, in pertinent part, "No modification of this Agreement shall be effective unless it is in writing and signed by all parties." Pursuant to that provision, the parties

MODIFICATION TO PLEA AGREEMENT    1
CR 23-428 JST

now modify the Agreement as follows:

Following the end of paragraph 14, on page 9, the parties agree to the following additional requirement regarding forfeiture:

I agree to forfeit any interest I have in the following property (hereinafter "subject property"):

a. All funds, totaling at least $3,619,593, in an account at Capital Security Bank Ltd. in the Cook Islands, in the name of Hare & Archer LLC.

I admit that the subject property was proceeds from specified unlawful activity; facilitated the crime, and was involved in the offense, and thus is forfeitable to the United States pursuant to the provisions of 18 U.S.C. § 982; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure. I relinquish any and all right, title, and interest I may have in the subject property and agree that such right, title, and interest can be forfeited to the United States without further notice to me. I also agree I will not contest any administrative or judicial forfeiture proceeding (whether criminal, civil, state or federal) which may be brought against said property. I further agree to waive all constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with this Agreement on any grounds, including that the forfeiture constitutes an excessive fine or punishment or that the forfeiture proceeding was brought in violation of the statute of limitations, but, consistent with paragraph 5, I reserve my right to claim that my counsel was constitutionally ineffective.

All other provisions of the Agreement, except those explicitly modified here, shall remain in full force and effect.

The Defendant's Affirmations

1. I confirm that I have had adequate time to discuss this case, the evidence, the Agreement, and the modifications above with my attorneys, and that my attorneys have provided me with all the legal advice that I requested.

2. I confirm that while I considered signing the modification to the Plea Agreement, and at the time I signed it, I was not under the influence of any alcohol, drug, or medicine that would impair my ability to understand the Plea Agreement or the modification.

3. I confirm that my decision to enter a guilty plea, and to modify the Plea Agreement, was and is made knowing the charges that have been brought against me, any possible defenses, and the benefits and possible detriments of proceeding to trial. I also confirm that my decision to plead guilty, and to modify the Plea Agreement, was and is made voluntarily, and no one coerced or threatened me to enter into the Plea Agreement or the modifications to the Plea Agreement.

Dated: 06/12/2025

SANDEEP "SUNNY" SAHOTA
Defendant

CRAIG H. MISSAKIAN
United States Attorney

Dated: 6/12/2025

DAVID WARD
EVAN MATEER
Assistant United States Attorneys

4. I have fully explained to my client all the rights that a criminal defendant has and all the terms of the Agreement and the modifications above. In my opinion, my client understands all the terms of the Agreement and the modifications, and all the rights my client is giving up by pleading guilty and by modifying the Agreement, based on the information now known to me, my client's decision to plead guilty and enter into these modifications is knowing and voluntary.

Dated: 6/12/2025

MIRANDA KANE
JESSE LANIER
CONRAD, MELITZKY, KANE
Attorneys for Defendant SAHOTA

MODIFICATION TO PLEA AGREEMENT        3
CR 23-428 JST