MIRANDA KANE (CA Bar No. 150630)
JESSICA E. LANIER (CA Bar No. 303395)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 343-7100
Facsimile:  (415) 343-7101
Email:  mkane@conmetkane.com
Email:  jlanier@conmetkane.com

Attorneys for Defendant Sandeep Sahota

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-0428-JST |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |
| SANDEEP SAHOTA, | |
| Defendant. | |

On December 18, 2023, the Honorable Alex Tse placed Defendant Sandeep Sahota on pre-trial release with various conditions, including that his travel be restricted to the Northern District of California. Dkt.7. On January 11, 2024, Chief Magistrate Judge Donna M. Ryu granted Mr. Sahota's unopposed request to expand his travel conditions to include the entire state of California. Dkt 28. On June 25, 2024, Chief Magistrate Judge Ryu granted Mr. Sahota's unopposed request to modify his travel conditions so that he could travel to Arizona and Nevada with advance permission from Pretrial Services. Dkt. 67. On August 21, 2024, Chief Magistrate Judge Ryu granted Mr. Sahota's unopposed request to allow him to travel to Oregon from September 6 to 8, 2024 for a family wedding. Dkt. 72.

Mr. Sahota now requests that the Court modify his release conditions to allow Mr. Sahota to travel to Seattle, Washington, from September 4 to 7, 2025, for the wedding of a family friend. Mr. Sahota will provide his complete air travel and trip itinerary to the government and Pre-trial Services in advance. Neither Mr. Sahota's pre-trial services officer nor United States Attorneys David J. Ward nor Evan Mateer object to Mr. Sahota's travel request.

Undersigned counsel has provided AUSA's Ward and Mateer with the opportunity to review this Stipulation and Proposed Order and has their permission to file on their behalf.

**IT IS SO STIPULATED.**

DATED: August 29, 2025              Respectfully submitted,

                                    CONRAD | METLITZKY | KANE LLP


                                    */s/ Jessica Lanier*
                                    MIRANDA KANE
                                    JESSICA LANIER

                                    Attorneys for Defendant Sandeep Sahota


DATED: August 29, 2025              */s/ Evan Mateer*
                                    DAVID J. WARD
                                    EVAN MATEER

                                    Assistant United States Attorneys

# [PROPOSED] ORDER

GOOD CAUSE BEING SHOWN and pursuant to the parties' stipulation, it is hereby ordered that defendant's conditions of release shall be modified to allow travel to Seattle, Washington from September 4th through the 7th, 2025. All other conditions are to remain unchanged.

IT IS SO ORDERED.

Dated: _____          _____
                                        The Honorable Jon S. Tigar
                                        United States District Judge