MIRANDA KANE (CA Bar No. 150630)
JESSICA E. LANIER (CA Bar No. 303395)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:      (415) 343-7100
Facsimile:      (415) 343-7101
Email:          mkane@conmetkane.com
Email:          jlanier@conmetkane.com

Attorneys for Defendant Sandeep Sahota

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-0428-JST-2 |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |
| SANDEEP SAHOTA, | |
| Defendant. | |

1   On December 18, 2023, the Honorable Alex Tse placed Defendant Sandeep Sahota on pre-trial

2   release with various conditions, including that his travel be restricted to the Northern District of

3   California. Dkt.7. On January 11, 2024, Chief Magistrate Judge Donna M. Ryu granted Mr. Sahota's

4   unopposed request to expand his travel conditions to include the entire state of California. Dkt 28.  On

5   June 25, 2024, Chief Magistrate Judge Ryu granted Mr. Sahota's unopposed request to modify his travel

6   conditions so that he could travel to Arizona and Nevada with advance permission from Pretrial

7   Services.  Dkt. 67. On August 21, 2024, Chief Magistrate Judge Ryu granted Mr. Sahota's unopposed

8   request to allow him to travel to Oregon from September 6 to 8, 2024 for a family wedding.  Dkt. 72.

9   Mr. Sahota now requests that the Court modify his release conditions to allow Mr. Sahota to

10  travel to Seattle, Washington, from September 4 to 7, 2025, for the wedding of a family friend.  Mr.

11  Sahota will provide his complete air travel and trip itinerary to the government and Pre-trial Services in

12  advance. Neither Mr. Sahota's pre-trial services officer nor United States Attorneys David J. Ward nor

13  Evan Mateer object to Mr. Sahota's travel request.

14  Undersigned counsel has provided AUSA's Ward and Mateer with the opportunity to review this

15  Stipulation and Proposed Order and has their permission to file on their behalf.

16  **IT IS SO STIPULATED.**

17  DATED: September 2, 2025                    Respectfully submitted,

18                                              CONRAD | METLITZKY | KANE LLP

19

20                                              /s/ Jessica Lanier

21                                              MIRANDA KANE
                                                JESSICA LANIER
22

23                                              Attorneys for Defendant Sandeep Sahota

24

25  DATED: September 2, 2025                     /s/ Evan Mateer
                                                DAVID J. WARD
26                                              EVAN MATEER

27                                              Assistant United States Attorneys

28
                                            1

1

2

**[PROPOSED] ORDER**

3
    GOOD CAUSE BEING SHOWN and pursuant to the parties' stipulation, it is hereby ordered

4
that defendant's conditions of release shall be modified to allow travel to Seattle, Washington from

5
September 4th through the 7th, 2025. All other conditions are to remain unchanged.

6
    IT IS SO ORDERED.

7

8
Dated:    September 2, 2025

    _____
    The Honorable Jon S. Tigar
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2