1  MIRANDA KANE (CA Bar No. 150630)
   JESSICA E. LANIER (CA Bar No. 303395)
2  **CONRAD | METLITZKY | KANE LLP**
   217 Leidesdorff Street
3  San Francisco, CA 94111
   Telephone:   (415) 343-7100
4  Fax:         (415) 343-7101
   Email:       mkane@conmetkane.com
5               jlanier@conmetkane.com

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                        OAKLAND DIVISION

10

11 | UNITED STATES OF AMERICA | CASE NO. 23-CR-0428-JST |
12 | Plaintiff, | **NOTICE OF WITHDRAWAL OF JESSICA E. LANIER** |
13 | v. | |
14 | SANDEEP SAHOTA | |
15 | | |
16 | Defendant. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jessica Elaine Lanier, of Conrad | Metlitzky | Kane LLP, hereby withdraws her appearance as counsel for Defendant Sandeep Sahota in the above-captioned action. Miranda Kane of Conrad | Metlitzky | Kane LLP, will continue to serve as counsel for Sandeep Sahota.

DATED: September 30, 2025                    Respectfully submitted,

CONRAD | METLITZKY | KANE LLP

*/s/ Jessica E. Lanier*
JESSICA E. LANIER

*Attorney for Sandeep Sahota*