UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 43 minutes |
| Date: | October 2, 2025 | | |
| Case No.: | **4:23-cr-00428-JST-2** | | |

**United States of America**　　v.　　**Sandeep Sahota**

☐ Defendant Present
☑ Not Present
☐ In Custody

David Ward; Evan Mateer　　　　　　　Jordan Dickson
U. S. Attorney　　　　　　　　　　　　Defense Counsel

Courtroom Deputy Clerk: Dianna Shoblo　　Court Reporter: Summer Fisher via zoom

*PROCEEDINGS*

Status Conference – Not Held.
Motion Hearing – Held.

*RESULT OF HEARING*

1. The Defendant's appearance was excused for today's hearing.
2. Parties discussed the proposed funding the restitution distribution plan. Parties shall continue to meet and confer. The Government is to file the proposed letter by 10/09/2025. The victim notification letters shall have an objection due date of 11/21/2025.
3. The Defendant's appearance is waived for the next restitution hearing date.
4. Restitution Hearing is set for 12/05/2025 at 2:00 PM in Courtroom 6, 2nd Floor, in Oakland.