MIRANDA KANE (CA Bar No. 150630)
JORDAN DICKSON (CA Bar No. 324406)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mkane@conmetkane.com
Email: jdickson@conmetkane.com

Attorneys for Defendant Sandeep Sahota

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDEEP SAHOTA,<br><br>Defendant. | CASE NO. 23-CR-0428-JST<br><br>**UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE; [PROPOSED] ORDER** |

Defendant Sandeep Sahota, through his counsel, hereby requests that the Court temporarily modify his conditions of release, pursuant to 18 U.S.C. § 3142(c)(3), to permit him to travel to Orlando, Florida from July 6–15, 2026, to attend his son's volleyball tournament. In support of this application, I, Jordan Dickson, declare the following to be true under penalty of perjury:

1. I am counsel of record for Mr. Sahota in the above-captioned case.
2. On December 18, 2023, Magistrate Judge Alex Tse placed Mr. Sahota on pretrial release with various conditions, including that his travel be restricted to the Northern District of California. ECF No. 7.
3. On January 11, 2024, Chief Magistrate Judge Donna M. Ryu granted Mr. Sahota's unopposed request to expand his travel conditions to include the entire state of California. ECF No. 28. On June 25, 2024, Judge Ryu granted Mr. Sahota's unopposed request to modify his travel conditions so that he could travel to Arizona and Nevada with advance permission from Pretrial Services. ECF No. 67. On August 21, 2024, Judge Ryu granted Mr. Sahota's unopposed request to allow him to travel to Oregon from September 6–8, 2024 for a family wedding. ECF No. 72. On September 2, 2025, District Judge Jon S. Tigar granted Mr. Sahota's unopposed request to allow him to travel to Washington from September 4–7, 2025. ECF No. 143.
4. Mr. Sahota requests that the Court temporarily modify his release conditions to allow him to travel to Orlando, Florida from July 6–15, 2026, to attend his son's volleyball tournament. Mr. Sahota will be traveling with his immediate family. He will provide his complete trip itinerary to his supervising Pretrial Services officer in advance.
5. Neither the government nor Mr. Sahota's Pretrial Services officer oppose Mr. Sahota's request.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed on this 8th day of June 2026, in San Francisco, CA.

Respectfully submitted,

*/s/ Miranda Kane*

MIRANDA KANE
Attorney for Defendant Sandeep Sahota

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SANDEEP SAHOTA,

Defendant.

CASE NO. 23-CR-0428-JST

**[PROPOSED] ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE**

Pursuant to 18 U.S.C. § 3142(c)(3), and for the reasons set forth in the application and declaration of counsel, it is hereby ordered that Mr. Sahota's conditions of release shall be temporarily modified to allow travel to Orlando, Florida from July 6–15, 2026. All other conditions are to remain unchanged.

IT IS SO ORDERED.

Dated: ______________________________

______________________________
The Honorable Lisa J. Cisneros
United States Magistrate Judge