UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SANDEEP SAHOTA,<br><br>    Defendant. | CASE NO. 23-CR-0428-JST<br><br>**ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE** |

Pursuant to 18 U.S.C. § 3142(c)(3), and for the reasons set forth in the application and declaration of counsel, it is hereby ordered that Mr. Sahota's conditions of release shall be temporarily modified to allow travel to Orlando, Florida from July 6–15, 2026. All other conditions are to remain unchanged.

IT IS SO ORDERED.

Dated: June 9, 2026

_____
The Honorable Lisa J. Cisneros
United States Magistrate Judge