UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

JASBIR S. THANDI,
Defendant.

Case No. 23-cr-00428-JST-1

**ORDER DENYING WITHOUT PREJUDICE STIPULATED MOTION TO CONTINUE SENTENCING**

Re: ECF No. 241

Defendant Sandeep Sahota now asks the Court to continue his sentencing date from August 14, 2026 to October 30, 2026. Co-defendant Jasbir Thandi's sentencing is currently set for October 16, 2026.

Defendant Sahota's motion to continue sentencing is denied without prejudice. The parties are invited to meet and confer with the goal of arriving at a sentencing date on which both defendants can appear and that is also available on the Court's calendar.

**IT IS SO ORDERED.**

Dated: August 5, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California